TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
5900 Hollis Street, Suite N
Emeryville, California 94608
Telephone: 510/654-2000

Attorneys for Defendant
MICHAEL SOLOVEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL SOLOVEY,

Defendant.
_______________________________/

No. CR 04-0310 CRB
No. CR 05-05-765 JSW.

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE

It is hereby stipulated by and between the parties that the conditions of release for defendant MICHAEL SOLOVEY should be modified as follows:

1. In addition to other purposes previously approved, the Defendant shall be permitted to leave his residence, after prior approval from pretrial services, to attend religious services and other personal matters.

3. Defendant shall remain subject to G.P.S. monitoring at all times.

4. All other conditions of release shall remain unchanged.

//

Dated: March 8, 2006

TED W. CASSMAN, attorney for
Defendant MICHAEL SOLOVEY

Dated: March 8, 2006

STACEY GEIS, Assistant U.S. Attorney

**ORDER**

Upon the stipulation of the parties and for good cause shown, it is so ORDERED.

Dated: March 10 2006

BERNARD ZIMMERMAN,
United States Magistrate-Judge