TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
5900 Hollis Street, Suite N
Emeryville, California 94608
Telephone: 510/654-2000

Attorneys for Defendant
MICHAEL SOLOVEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | NO. CR 04-0310 CRB |
| | NO. CR 05-0765 CRB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| | [~~PROPOSED~~] CONTINUING |
| MICHAEL SOLOVEY, | SENTENCING HEARING |
| Defendant. | |

It is hereby stipulated by and between the government and defendants MICHAEL SOLOVEY and SERGEI IVANOV, by and through their attorneys of record, that the sentencing date in the above-entitled matters should be continued from June 28, 2006 to July 26, 2006 at 2:15 p.m. to give counsel and probation sufficient time to review relevant documents.

Dated: May 19, 2006

                                                       /S/ Ted W. Cassman
                                                      TED W. CASSMAN, for defendant
                                                      MICHAEL SOLOVEY

1

| | |
|---|---|
| 1 | Dated: May 20, 2006 |
| 2 | |
| 3 | /S/ William Osterhoudt |
| 4 | WILLIAM OSTERHOUDT, for defendant SERGEI IVANOV |
| 5 | Dated: June 12 , 2006 |
| 6 | |
| 7 | /S/ Stacey P. Geis |
| 8 | STACEY GEIS, Assistant U.S. Attorney |

**ORDER**

It is so ordered.

Dated: ~~May~~ June 16, 2006

_____
CHARLES R. BREYER, United States District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer

2