TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: 510.845.3000
Fax: 510.845.3003

Attorneys for Defendant
MICHAEL SOLOVEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SOLOVEY, et al.,<br><br>Defendants. | NO. CR 04-0310 CRB<br>NO. CR 05-0765 CRB<br><br>STIPULATION AND ORDER<br>[PROPOSED] CONTINUING<br>SENTENCING HEARING |

It is hereby stipulated by and between the government and defendant MICHAEL SOLOVEY by and through his attorney of record, that the sentencing date in the above-entitled matter should be continued from August 2, 2006 to December 13, 2006 at 2:15 p.m. to conform to the request of Co-Defendant IVANOV and to give counsel time to obtain additional documents relevant to sentencing.

Dated: 9.5.06                             /S/
                                          TED W. CASSMAN
                                          Attorney for Defendant
                                          MICHAEL SOLOVEY

1

1 | Dated: 9.5.06

2 |                                               /S/ [1]
                                        STACEY GEIS

3 | Assistant U.S. Attorney

5 | **ORDER**

6 | It is so ordered.

7 | Dated:  September 7, 2006

9 |                                            
THE HONORABLE CHARLES R. BREYER
United States District Court Judge

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

2