1  TED W. CASSMAN (SBN 98932)
   ARGUEDAS, CASSMAN & HEADLEY, LLP
2  803 Hearst Avenue
   Berkeley, California 94710
3  Telephone: 510.845.3000
   Fax: 510.845.3003
4
   Attorneys for Defendant
5  MICHAEL SOLOVEY

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13 THE UNITED STATES OF AMERICA,         NO. CR 04-0310 CRB
                                         NO. CR 05-0765 CRB
14              Plaintiff,

15 v.                                    STIPULATION AND ORDER
                                         [PROPOSED] MODIFYING
16 MICHAEL SOLOVEY, et al.,              CONDITIONS OF RELEASE

17
                Defendants.
18  _____/

19        It is hereby stipulated by and between the government and defendant
20 MICHAEL SOLOVEY by and through his attorney of record, that Mr. Solovey's
21 conditions of release should be modified to permit his travel to the Eastern District of
22 California for business purposes after receiving prior approval from Pretrial Services for
23 each trip.
24 Dated: November 2, 2006                    _____
25                                            TED W. CASSMAN
                                              Attorney for Defendant
26                                            MICHAEL SOLOVEY

1

1  Dated: November __, 2006

2  _____
3  STACEY GEIS
   Assistant U.S. Attorney

4

5  **ORDER**

6  It is so ordered.

7  Dated: November 6, 2006

8

9  _____
   BERNARD ZIMMERMAN, United States
10 District Court Magistrate-Judge

