TED W. CASSMAN (SBN 98932)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: 510.845.3000
Fax: 510.845.3003

Attorneys for Defendant
MICHAEL SOLOVEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | NO. CR 05-0765 CRB |
| | NO. CR 04-0310 CRB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER [PROPOSED] EXONERATING BAIL |
| MICHAEL SOLOVEY, et al., | |
| Defendants. | |

**STIPULATION**

Judgment having been imposed in this matter and defendant Michael Solovey having surrendered to the Bureau of Prisons as previously ordered, the parties hereby stipulate that bond should be exonerated and that the Clerk shall execute all necessary documents for reconveyance of the deeds of trust for the properties securing the bond in these two matters.

Dated: April 26, 2007

*[signature]*
TED W. CASSMAN
Attorney for Defendant
MICHAEL SOLOVEY

1

1 | Dated: ~~April~~ May 23, 2007

3 | _____
STACEY GEIS
4 | Assistant U.S. Attorney

6 | **ORDER**

7 | Judgment having been imposed in this matter, defendant Michael Solovey having surrendered to the Bureau of Prisons as previously ordered and good cause appearing therefor, it is hereby ORDERED that bail is exonerated and that the Clerk shall execute all necessary documentation for reconveyance of the deeds of trust for the properties securing the bond in these two matters.

12 | Dated: ~~April~~ May 25, 2007



CHARLES R. BREYER
United States...

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2